UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2016 AUG -8 P 4:52
US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:16CR 144 (RNC) |
| | : | |
| | : | VIOLATIONS: |
| | : | |
| v. | : | 18 U.S.C. Section 371 |
| | : | (Conspiracy to Take, Capture, and Kill |
| | : | Red-Tailed Hawks and Cooper's Hawks) |
| ADAM BOGUSKI, | : | |
| a.k.a. "ADAM BOGUCKIA," | : | 16 U.S.C. Sections 703 and 707(a) |
| a.k.a. "ADAM BOGOSKI" | : | (Taking, Capturing, and Killing |
| and "ADAM VISNIEVSKI" | : | Cooper's Hawks) |

# INFORMATION

The United States Attorney charges:

## COUNT ONE

(Conspiracy to Take, Capture, and Kill Red-Tailed Hawks and Cooper's Hawks)

### GENERAL ALLEGATIONS

1. The Migratory Bird Treaty Act ("MBTA") found at 16 U.S.C. § 701 *et seq.* provides protection for migratory birds through international cooperation and treaties. The MBTA allows for the hunting of certain migratory game birds, including ducks and geese, within certain seasons and under specific regulations. The MBTA, however, prohibits the hunting, taking, shooting, capturing, or killing of any migratory non-game bird unless authorized by permit. The MBTA and its related federal regulations attempt to maintain an equitable balance between the protection and preservation of migratory birds and recreational opportunities afforded through sport hunting.

2. The red-tailed hawk (*Buteo jamaicensis*) and the Cooper's hawk (*Accipiter cooperii*) are both migratory non-game birds, as defined in Title 50, Code of Federal

Regulations, Sections 10.12 and 10.13. Red-tailed hawks and Cooper's hawks are birds of prey, also known as raptors, and consume pigeons as part of their natural diet.

3. A Swedish goshawk trap ("goshawk trap") is a trap that captures hawks and other birds of prey with great efficacy. It is a box-shaped structure constructed of wire mesh and wood that is approximately three-feet long, three-feet wide, and four-feet high. At its top, the goshawk trap has two hinged doors that open outward. A wooden bar with a middle hinge lies between the two doors, keeping the trap open and functioning as a trigger mechanism. Live pigeons are placed in a separate wire-mesh compartment below the trap's wire-mesh floor to serve as live bait to attract birds of prey. When a bird of prey enters the trap and flies down toward the live bait, its body makes contact with the hinged bar. This contact causes the hinged bar to collapse, thereby shutting the top doors and trapping the bird of prey inside.

<u>The Defendant</u>

4. At all times relevant to this Information, the defendant ADAM BOGUSKI, a.k.a. "ADAM BOGUCKIA," a.k.a. "ADAM BOGOSKI," and "ADAM VISNIEVSKI" was a resident of Stamford, Connecticut.

<u>330 Weed Avenue, Stamford, Connecticut</u>

5. At all times relevant to this Information, BOGUSKI and Thomas Kapusta, who has been previously charged in a separate Information, were regular visitors to the property at 330 Weed Avenue, Stamford, Connecticut. The residence is situated close to the street on a long, narrow rectangular lot that runs to the water line of Holly Pond, a public body of water connected to Long Island Sound. Holly Pond is surrounded by numerous residences and is used by the public for boating, fishing, and other recreational activities.

## The Defendant's Racing Pigeons

6. At all times relevant to this Information, BOGUSKI and Kapusta were racing pigeon enthusiasts. They built, maintained, and used a pigeon coop in the backyard abutting Holly Pond at 330 Weed Avenue. Both BOGUSKI and Kapusta kept, fed, and raised a large number of pigeons in the coop. In addition, they regularly released the pigeons, so their birds could fly and exercise before returning to the coop. BOGUSKI and Kapusta viewed the hawks as a threat to their pigeons.

## The Conspiracy

7. From on or about January 1, 2013, to October 27, 2015, in the District of Connecticut and elsewhere, the defendant ADAM BOGUSKI conspired with Kapusta to take, capture, and kill, without a permit, migratory non-game birds in violation of Title 18, United States Code, Section 371, contrary to the MBTA at Title 16, United States Code, Sections 703 and 707(a).

## Manner and Means of the Conspiracy

8. In furtherance of this conspiracy and to accomplish its unlawful objects, the defendant ADAM BOGUSKI and Kapusta used the following manners and means, among others:

A. BOGUSKI and Kapusta obtained, set up, and maintained a goshawk trap in the backyard at 330 Weed Avenue, in close proximity to the pigeon coop and Holly Pond, to take, capture, and kill hawks. During certain seasons, BOGUSKI and Kapusta maintained and adjusted the goshawk trap on a daily basis.

B. BOGUSKI and Kapusta regularly kept live pigeons as bait in the lower, wire-mesh compartment of the goshawk trap to attract and capture hawks.

C. After a hawk was captured in the goshawk trap, BOGUSKI and Kapusta used a Gamo Big Cat .177 caliber air rifle with attached Gamo Sporter Scope, Serial Number 04-1C-206950-08, to shoot and kill it at close range. BOGUSKI and Kapusta would often shoot a hawk multiple times before it eventually died.

D. BOGUSKI and Kapusta removed and disposed of the hawk carcasses that remained in the goshawk trap after the hawks were killed.

E. Kapusta told BOGUSKI that they should refer to the goshawk trap as a "breeding cage" if third parties, including law enforcement, ever inquired about the goshawk trap.

Overt Acts

9. In furtherance of this conspiracy and to accomplish its unlawful objects, the defendant ADAM BOGUSKI and Kapusta committed, and caused to be committed, the following overt acts set forth below, among other acts, within the District of Connecticut:

A. On or about December 1, 2014, Kapusta captured and killed an unknown species of raptor in the goshawk trap at 330 Weed Avenue.

B. On or about March 17, 2015, a Cooper's hawk was captured in the goshawk trap at 330 Weed Avenue.

C. On or about April 3, 2015, a Cooper's hawk was captured in the goshawk trap at 330 Weed Avenue.

D. On or about September 2, 2015, Kapusta captured, shot, and killed a Cooper's hawk in the goshawk trap at 330 Weed Avenue.

E. On or about September 8, 2015, Kapusta captured, shot, and killed a red-tailed hawk in the goshawk trap at 330 Weed Avenue.

F. On or about September 24, 2015, BOGUSKI captured, shot, and killed a Cooper's hawk in the goshawk trap at 330 Weed Avenue.

G. On or about September 27, 2015, BOGUSKI captured, shot, and killed a Cooper's hawk in the goshawk trap at 330 Weed Avenue.

H. On or about October 14, 2015, Kapusta captured, shot, and killed a Cooper's hawk in the goshawk trap at 330 Weed Avenue.

I. On or about October 14, 2015, Kapusta captured, shot, and killed a red-tailed hawk in the goshawk trap at 330 Weed Avenue.

J. On or about October 17, 2015, BOGUSKI captured, shot, and killed a Cooper's hawk in the goshawk trap at 330 Weed Avenue.

K. On or about October 21, 2015, Kapusta captured, shot, and killed a Cooper's hawk in the goshawk trap at 330 Weed Avenue.

All in violation of Title 18, United States Code, Section 371.

## COUNTS TWO THROUGH THREE
(Taking, Capturing, and Killing Cooper's Hawks)

10. Paragraphs One through Six and Paragraphs Eight through Nine are incorporated as if re-alleged herein.

11. On or about the dates listed below, in the District of Connecticut, the defendant ADAM BOGUSKI, did unlawfully take, capture, and kill, without a permit, by shooting with a Gamo Big Cat .177 caliber air rifle with attached Gamo Sporter Scope, Serial Number 04-1C-206950-08, the following migratory non-game birds:

| COUNT | APPROXIMATE DATE | MIGRATORY BIRD SPECIES |
|---|---|---|
| Two | September 27, 2015 | Cooper's Hawk (*Accipiter cooperii*) |
| Three | October 17, 2015 | Cooper's Hawk (*Accipiter cooperii*) |

All in violation of Title 16, United States Code, Sections 703 and 707(a).

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

HAROLD H. CHEN
ASSISTANT UNITED STATES ATTORNEY