**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:16-CR00144 (RNC) |
| | : | |
| v. | : | |
| | : | |
| ADAM BOGUSKI | : | APRIL 20, 2017 |

## DEFENDANT'S SENTENCING MEMORANDUM

Adam Boguski has entered guilty pleas to three class B misdemeanors, in Count One he is charged with conspiracy to take, capture and kill red-tailed hawks and Cooper's hawks in violation of 18 U.S.C. §§371 and 703 and 16 U.S.C. §707 (a). In Counts 2 and 3, Boguski is charged with taking, capturing and killing red-railed hawks in violation of the Migratory Bird Treaty Act, 16 U.S.C. §§ 703 and 707 (a). He is scheduled for sentencing on May 2, 2017.

Adam Boguski came to this country in 2000. Since he arrived, he has worked, earned enough to bring his wife and children to this country from Poland, paid taxes, and put his children through school. He is still paying for his children's education. His only hobby was pigeon racing, something which he had done since he was a boy in Poland. The things he did in conjunction with his hobby are what bring him before the court. He and his co-defendant, Thomas Kapusta, trapped and killed hawks that were killing and eating their racing pigeons. To him, his birds were not the ubiquitous, every-day pigeons one sees. They were pets. He bred them. He fed and watered them 365 days a year. He

cared for them when they were sick or injured. Logically, he thought he could do what he did and protect the rest of his flock. Obviously, he was wrong.

There are some acts which every civilized society recognize as innately immoral. On the other hand, there are other acts which become unlawful because formal, codified rules prohibit their commission. Boguski is guilty of committing the latter, acts which are *malum prohibitum.* While it is indeed true that “ignorance of the law is no excuse,” the Court in fashioning a sentence must look to Boguski’s awareness that his conduct was unlawful. He was completely unaware of the effect the Migratory Bird Treaty Act had on his conduct. In his 35 years of pigeon racing both here and in Poland, Boguski had not heard of that Act or understood that red tailed hawks and Cooper’s hawks were subject to the Act. He knows it now, and he has ended his involvement with pigeon racing. PSR ¶18. The only thing he does it to care for Kapusta’s birds when Kapusta is not able to do so himself. Id.

When he was first interviewed by law enforcement, Boguski admitted everything he and his co-defendant had done. PSR ¶15. He was interviewed several times afterwards and he continued to admit what he and Kapusta had done. This is consistent with the values his parents instilled in him and his behavior both before and after committing the offense of conviction. As the probation officer has noted, “ [G]iven Mr. Boguski’s age, lack of criminal history up to this point in his life, there appears to be little chance of significant recidivism and little need to protect the public.” PSR ¶53.

Addressing the impact of Boguski's conduct on society, it is important to note also that while they are a protected species under the Migratory Bird Act, Cooper's hawks (Accipiter cooperii) and red-tailed hawks (Buteo jamaicensis) are not currently on the government's list of endangered species. The International Union for Conservation of Nature and Natural Resources (IUCN) lists both species as having the status of "least concern," which is the lowest assessment on its list of protected species. The IUCN has written that the populations of red-tailed Hawks and Cooper's hawks are very large and "do not approach the thresholds of vulnerable." Also, red-tailed hawks and Cooper's hawks are not listed on the most recent list of endangered, threatened and special concern species, according to Connecticut's 2015 endangered, threatened and special concerns species list. See, http://www.ct.gov/deep/lib/wildlife/df_files/nongame/ets15.pdf. Furthermore, if during its investigation the government confronted Boguski and Kapusta and informed them that they were violating the Migratory Bird Act, it is highly likely that they would have stopped what they were doing and this case would have had to be brought. This case is not *malum in se.* The extent of Boguski's unlawful conduct should therefore be viewed in light of the government's ability to warn him, its failure to do so and Boguski's further violations of the Migratory Bird Act.

This case represents the first time Adam Boguski has been brought to court to face criminal charges. He was raised in an intact family, came to this country to provide a better life for his children and he has succeeded. His

daughter graduated from the University of New Haven and is pursuing a masters degree in criminal justice. His son is enrolled at Porter & Chester so he can learn automotive mechanics. He is very proud of their accomplishments, yet he feels they view him somewhat differently because of his arrest and conviction. For Boguski, his children's change in perception towards him is sufficient punishment. He would like to resolve the case with a fine, but his subcontracting business and his children's tuitions have left him with not a lot of money. Therefore, I suggest that he be required to engage in some sort of community service.

RESPECTFULLY SUBMITTED
ADAM BOGUSKI

By: /ss/_________________________
ALEXANDER H. SCHWARTZ, ESQ.
2425 POST ROAD, SUITE 205
SOUTHPORT, CT 06890
Ct 05773
203-255-9829 tel.
203-255-9839 fax
alex@ahschwartz.com

## CERTIFICATION

This is to certify that this memorandum was filed electronically on April 21, 2017 with the Court's EC/F filing system and copies will be sent via first class mail, postage prepaid to any parties without access to the court's electronic filing system.

/ss/_________________________
ALEXANDER H. SCHWARTZ, ESQ